# In the United States District Court for the District of Kansas

---

**United States of America**,

                Plaintiff,

v.                                      Case No. 22-40030-TC

**Innocent N. Ugwu,**

                Defendant.

---

## Withdrawal of Counsel and Entry of Appearance of Substitute Counsel

---

Pursuant to Fed. R. Civ. P. 5(b) and Rule 83.5.5(c) of the Rules of Practice and Procedure for the United States District Court for the District of Kansas, Laquisha Ross, Assistant Federal Public Defender for the District of Kansas, hereby enters her appearance on behalf of Innocent N. Ugwu in the above-captioned matter.

Counsel would further request that Thomas W. Bartee's name be removed as counsel of record on this case and also removed from the electronic notification list.

Respectfully submitted,

s/ Laquisha Ross
Laquisha Ross, #26834
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas  66101
Telephone: (913) 551-6712
Fax: (913) 551-6562
E-mail: Laquisha_Ross@fd.org


s/ Thomas W. Bartee
Thomas W. Bartee, #15133
Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, Kansas  66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
E-mail: Tom_Bartee@fd.org


## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will a notice of electronic filing to the following:

Robin Graham
Special Assistant United States Attorney
robin.a.graham2.civ@army.mil

s/ Laquisha Ross
Laquisha Ross